UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-376 (JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VANCE LUTHER BOELTER, )<br>)<br>Defendant. ) | **DEFENDANT'S MOTION FOR CONTINUANCE OF DETENTION AND PRELIMINARY HEARING** |

Mr. Vance Luther Boelter, by and through his attorney, hereby respectfully moves the Court for a continuance of the detention and preliminary hearing to Friday, June 27, 2025. It is anticipated that Mr. Boelter will make a first appearance today, June 16, 2025, at 1:30 pm. The Office of the Federal Defender will be representing Mr. Boelter at the first appearance. A preliminary hearing must be held no later than 14 days after the initial appearance. FRCP 5.1(c). The requested June 27, 2025, hearing date falls within the 14-day rule. A detention hearing shall be held immediately upon the person's first appearance unless the government requests a continuance. Except for good cause, a continuance by Mr. Boelter may not exceed five days. 18 U.S.C. 3142(f)(2)(B). In the instant case, there is good cause to continue the detention hearing to June 27, 2025. Mr. Boelter was arrested on the evening of June 15, 2025. He was brought into the Federal Courthouse around 10:30 a.m. today. He has been charged by criminal complaint with two counts of Stalking (potential of a life sentence); two counts of Murder through the Use of Firearm (death or life sentence); and two counts of Using a Firearm in Furtherance of such crimes (minimum 10 years). Given the serious nature of the allegations and the potential consequences

(death), additional time is needed to prepare for a detention hearing. The additional time will allow counsel to meaningful meet with Mr. Boelter, review potential discovery, and investigate accordingly. Undersigned counsel has discussed the matter with the government, and they do not object this motion.

Dated: June 16, 2025                                Respectfully submitted,

                                                    *s/ Manny K. Atwal*

                                                    MANNY K. ATWAL
                                                    Attorney ID No. 0282029
                                                    Office of The Federal Defender
                                                    107 U.S. Courthouse
                                                    300 South Fourth Street
                                                    Minneapolis, MN 55415