UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-376 (JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

VANCE LUTHER BOELTER,

    Defendant.

Please add the following Assistant United States Attorneys to the above-captioned case:

<u>Add AUSAs</u>

Bradley M. Endicott
Matthew D. Forbes
Daniel W. Bobier

Dated: June 23, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSEPH H. THOMPSON
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Harry M. Jacobs*
　　　　　　　　　　　　　　　　　　　BY: HARRY M. JACOBS
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney