IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | Case No:         25-mj-376 JFD |
| | ) | Date:            July 3, 2025 |
| Vance Luther Boelter, | ) | Court Reporter:  Lynne Krenz |
| | ) | Courthouse:      St. Paul |
| Defendant. | ) | Courtroom:       Devitt Courtroom |
| | ) | Time Commenced:  2:28 p.m. |
| | ) | Time Concluded:  2:35 p.m. |
| | ) | Time in Court:   7 minutes |

X **PRELIMINARY HEARING**        X **DETENTION HEARING**
     Time in Court Prelim/Detention: 3 minutes/4 minutes

APPEARANCES:

   Plaintiff: Bradley Endicott, Daniel Bobier, Harry Jacobs, Matthew Forbes - Assistant U.S. Attorneys
   Defendant:  Manny Atwal
            X FPD

On    X Complaint

X Defendant waives the right to the detention hearing.
X Defendant Ordered Detained. Government to submit proposed order.

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

*s/nah*
Signature of Courtroom Deputy